No. 77–1342. PERRIN ET AL. *v.* DUNN ET AL. C. A. 1st Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–1381. DRUMMOND ET UX. *v.* FULTON COUNTY DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES ET AL.; and
No. 77–6454. HILL *v.* FULTON .COUNTY DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari. Reported below: 563 F. 2d 1200.

No. 77–1505. ESSEX COUNTY WELFARE BOARD *v.* DEPARTMENT OF INSTITUTIONS AND AGENCIES ET AL. Sup. Ct. N. J. Motion of respondent Irene Stowers for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–1532. HALL, CORRECTIONS COMMISSIONER, ET AL. *v.* MORGAN. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.